**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | **Case No.: 23-CR-171(JMC)** |
| **ANDRE JAMAR TURMAN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District

of Columbia, hereby informs the Court that Special Assistant United States Attorney Haley

Pennington is entering his appearance in the above-captioned matter as counsel for the United

States.

Respectfully submitted,

EDWARD R. MARTIN
UNITED STATES ATTORNEY
D.C. Bar No. 493635

DATED: April 25, 2025          By:     */s/ Haley Pennington*
                                        HALEY PENNINGTON
                                        Illinois Bar Number 6349612
                                        Special Assistant United States Attorney
                                        601 D Street, N.W.
                                        Washington, D.C. 20530
                                        haley.pennington2@usdoj.gov
                                        (202) 740-4684

## <u>CERTIFICATE OF SERVICE</u>

On this 25th day of April 2025, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/Haley Pennington*
HALEY PENNINGTON
Special Assistant United States Attorney